**FILED**

**SEP 29 2020** 

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **20 CR 689** |
| v. | ) ) ) | Violation: Title 21, United States Code, Section 841(a)(1) |
| ROBERT WILSON | ) ) | **JUDGE DOW** **MAGISTRATE JUDGE HARJANI** |

## COUNT ONE

The UNITED STATES ATTORNEY charges:

On or about July 6, 2019, at Winfield, in the Northern District of Illinois, Eastern Division, and elsewhere,

ROBERT WILSON,

defendant herein, did knowingly and intentionally dispense a controlled substance, namely, a quantity of a mixture and substance containing hydrocodone, a Schedule II Controlled Substance, to A.W., outside of the usual course of professional practice and without a legitimate medical purpose;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The UNITED STATES ATTORNEY further charges:

On or about July 6, 2019, at Winfield, in the Northern District of Illinois, Eastern Division, and elsewhere,

ROBERT WILSON,

defendant herein, did knowingly and intentionally dispense a controlled substance, namely, a quantity of a mixture and substance containing hydrocodone, a Schedule II Controlled Substance, to A.B., outside of the usual course of professional practice and without a legitimate medical purpose;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The UNITED STATES ATTORNEY further charges:

On or about February 1, 2020, at Winfield, in the Northern District of Illinois, Eastern Division, and elsewhere,

ROBERT WILSON,

defendant herein, did knowingly and intentionally dispense a controlled substance, namely, a quantity of a mixture and substance containing hydrocodone, a Schedule II Controlled Substance, and a quantity of a mixture and substance containing amphetamine, a Schedule II Controlled Substance, to J.O., outside of the usual course of professional practice and without a legitimate medical purpose;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The UNITED STATES ATTORNEY further charges:

On or about February 1, 2020, at Winfield, in the Northern District of Illinois, Eastern Division, and elsewhere,

ROBERT WILSON,

defendant herein, did knowingly and intentionally dispense a controlled substance, namely, a quantity of a mixture and substance containing hydrocodone, a Schedule II Controlled Substance, a quantity of a mixture and substance containing amphetamine, a Schedule II Controlled Substance, and a quantity of a mixture and substance containing alprazolam, a Schedule IV Controlled Substance, to A.O., outside of the usual course of professional practice and without a legitimate medical purpose;

In violation of Title 21, United States Code, Section 841(a)(1).


_David Kahn/DJG_
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION
ACTING CHIEF

_Allan Medina/DJG_
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION
DEPUTY CHIEF